# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan; Midwest Operating Engineers Retirement Enhancement Fund; Construction Industry Research and Service Trust Fund; and, International Union of Operating Engineers, Local 150, AFL-CIO, <br><br>  Plaintiffs, <br><br> v. <br><br> Johnson Site Work, Inc., an Illinois corporation; and David D. Johnson, an individual, <br><br>  Defendants. | Case No. 23-cv-1014 <br><br> Judge: Martha M. Pacold <br> Magistrate Judge: Jeffrey Cole |

## JOINT MOTION FOR CONSENT JUDGMENT

Pursuant to an agreement reached between Plaintiffs and Defendants, the parties jointly move the Court to enter a Consent Judgment Order containing the following terms:

Defendants Johnson Site Work, Inc., and David D. Johnson ("Johnson") do not dispute the Complaint allegations against it or the findings of delinquent fringe benefit and CRF contributions and union dues; and therefore, Johnson agrees to a consent judgment against it.

1.  Johnson has breached its contractual obligations under the collective bargaining agreement and trust documents identified in the Complaint.

2.  Johnson is liable to the Funds and CRF for the full amount of the breach identified in the Complaint, plus attorneys' fees and costs.

3.  Johnson is liable to the International Union of Operating Engineers, Local 150,

AFL-CIO, for unpaid administrative dues, plus attorneys' fees and costs of this action.

WHEREFORE, the parties jointly request that this Court enter Judgment against Johnson and order Johnson to pay the following delinquent contribution amounts to Plaintiffs:

$23,026.18 in delinquent fringe benefits, CRF contributions, union dues;
$3,825.00 in attorneys' fees (Exhibit A);
$809.80 in costs (Exhibit A);
for a total Consent Judgment amount of $27,660.98.

Dated: July 11, 2023                                Respectfully submitted,

By:  /s/ Charles R. Kiser                           By:  /s/ Todd A. Miller
     One of the Attorneys for Plaintiffs                 Attorney for Defendant

Attorneys for Plaintiffs:                           Attorney for Defendant:
Dale D. Pierson *(dpierson@local150.org)*           Todd A. Miller *(tam@alloccomiller.com)*
Charles R. Kiser *(ckiser@local150.org)*            Megan M. Moore *(mmm@alloccomiller.com)*
Local 150 Legal Department                          Kathleen M. Cahill *(kmc@alloccomiller.com)*
6140 Joliet Road                                    Allocco, Miller & Cahill, P.C.
Countryside, IL  60525                              20 North Wacker Drive, Suite 3517
Ph. 708/579-6663                                    Chicago, IL  60606
Fx. 708/588-1647                                    Ph. 312/675-4325
                                                    Fx. 312/675-4326

Charles R. Kiser *(ckiser@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL  60525
Ph. 708/579-6649
Fx. 708/588-1647

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on July 11, 2023, he electronically filed the foregoing ***Joint Motion for Consent Judgment*** which sent notice to the following:

Todd A. Miller *(tam@alloccomiller.com)*
Megan M. Moore *(mmm@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Ph. 312/675-4325
Fx. 312/675-4326

                                             By:  /s/ Charles R. Kiser
                                                        One of the Attorneys for Plaintiffs

Attorneys for Plaintiffs:
Dale D. Pierson *(dpierson@local150.org)*
Charles R. Kiser *(ckiser@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663
Fx. 708/588-1647

Charles R. Kiser *(ckiser@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525
Ph. 708/579-6649
Fx. 708/588-1647